**No. 67754.**—Ebeling & Reuss Company *v.* United States, protest 61/6576 (Philadelphia).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed 'upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained as to the merchandise covered by entry 3296.

MAY 21, 1963

**No. 67755.**—Marset, Inc. *v.* United States, protest 62/14144. Protest abandoned February 4, 1963. (Not published.) Plaintiff's application for rehearing granted.

MAY 21, 1963

**No. 67756.**—APPEAL 5097.—Ellis K. Orlowitz Co. *v.* United States.——■——A.R.D. 136 affirmed February 13, 1963. C.A.D. 816.

BEFORE THE FIRST DIVISION, MAY 27, 1963

**No. 67757.**—W. J. Marshall and Rex Sales Co. *v.* United States, protests 60/4353 and 60/4354 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.